**B**ROMBERG **L**AW **O**FFICE, **P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)          26 Broadway, 27th Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:   (212) 248-7908

October 22, 2019

<u>Via ECF</u>
Honorable Steven L. Tiscione, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Elachkar v. City of New York, et al.*
<u>Case No. 19-CV-2172 (CBA)(ST)</u>

Dear Judge Tiscione:

I am attaching a declaration and copies of bills in support of my office's request for a lien on any recovery for costs and disbursements.

These costs and disbursements are as follows:

| | |
|---|---|
| Court Filing Fee: | $400.00 |
| Process Services: | $379.00 |
| Medical Records: | $605.25 |
| Federal Express: | $138.97 |
| **Total Lien:** | **$1,523.22** |

Respectfully,

/s/ Brian L. Bromberg
Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)
       Houssam Elachkar (Via Federal Express)