# Exhibit A

Tax I.D. No: 11-3192343

# CAPITAL PROCESS SERVERS, INC.

*Member of the National Association of Professional Process Servers*

265 POST AVENUE SUITE 150 WESTBURY, NEW YORK 11590

TEL. (516) 333-6380; FAX (516) 333-6382
Email: info@capitalprocessservers.com

Job #   1117475

Invoice Date : April 30, 2019
Client File #:

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY  10004

**Payments Received**
06-12-2019        3532            $75.00

**Caption:**

HOUSSAM ELACHKAR,
Plaintiff/Petitioner
vs
CITY OF NEW YORK, et al.,
Defendant/Respondent

Index #: 19-CV-2172 CBA-
Date Purchased: 04/16/2019
Date Served: 4/29/2019

**Re:** CITY OF NEW YORK c/o NYC LAW DEPARTMENT, CORPORATION

**Docs Served:** Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand, Notice, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

Attempts:

Place Served: 100 CHURCH STREET, NEW  YORK, NY 10007

| Service Description | Amount |
|---|---|
| Process Service - New York/Kings/Queens Counties | $75.00 |
| | |
| **Total Service Fees:** | **$75.00** |

**Terms:** Payment Is Due Upon Receipt of This Invoice - Attorney is Responsible For All Fees

**Total Amount Due =**     $0.00

**Remarks:**

---

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *Capital Process Servers, Inc.*

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY  10004

Job #  1117475
Invoice Date:  April 30, 2019
Attorneys ID  A1251

Capital Process Servers, Inc.
265 Post Avenue Suite 150
Westbury, N.Y. 11590

Total Amount Due =  **$0.00**

Amount Enclosed _____

Tax I.D. No: 11-3192343

# CAPITAL PROCESS SERVERS, INC.

*Member of the National Association of Professional Process Servers*

265 POST AVENUE SUITE 150 WESTBURY, NEW YORK 11590

TEL. (516) 333-6380;  FAX (516) 333-6382
Email: info@capitalprocessservers.com

Job #  1117476

Invoice Date : April 26, 2019
Client File #:

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY  10004

**Payments Received**
06-12-2019     3532     $75.00

| | | |
|---|---|---|
| **Caption:** | HOUSSAM ELACHKAR,<br>Plaintiff/Petitioner<br>vs<br>CITY OF NEW YORK, et al.,<br>Defendant/Respondent | Index #: 19-CV-2172 CBA-<br>Date Purchased: 04/16/2019<br>Date Served: 4/25/2019 |
| **Re:** | **NEW YORK CITY TRANSIT AUTHORITY** | |
| **Docs Served** | Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand, Notice, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge | Attempts:<br>Place Served: 130 LIVINGSTON STREET, BROOKLYN, NY 11201 |

| Service Description | Amount |
|---|---|
| Process Service - New York/Kings/Queens Counties | $75.00 |
| **Total Service Fees:** | **$75.00** |
| **Terms:** Payment Is Due Upon Receipt of This Invoice - Attorney is Responsible For All Fees   **Total Amount Due =** | **$0.00** |
| **Remarks:** | |

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *Capital Process Servers, Inc.*

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY  10004

Job #  1117476
Invoice Date: April 26, 2019
Attorneys ID  A1251

Capital Process Servers, Inc.
265 Post Avenue Suite 150
Westbury, N.Y. 11590

Total Amount Due =  **$0.00**

Amount Enclosed _____

Tax I.D. No: 11-3192343

# CAPITAL PROCESS SERVERS, INC.

*Member of the National Association of Professional Process Servers*

265 POST AVENUE SUITE 150 WESTBURY, NEW YORK 11590

TEL. (516) 333-6380; FAX (516) 333-6382
Email: info@capitalprocessservers.com

Job #   1117477

Invoice Date : April 26, 2019
Client File #:

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY  10004

**Payments Received**

06-12-2019        3532        $75.00

**Caption:**
HOUSSAM ELACHKAR,
Plaintiff/Petitioner
vs
CITY OF NEW YORK, et al.,
Defendant/Respondent

Index #: 19-CV-2172 CBA-
Date Purchased: 04/16/2019
Date Served: 4/25/2019

**Re:** METROPOLITAN TRANSPORTATION AUTHORITY

**Docs Served:** Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand, Notice, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

Attempts:

Place Served: 2 BROADWAY, NEW YORK, NY 10004

| Service Description | Amount |
|---|---|
| Process Service - New York/Kings/Queens Counties | $75.00 |
| | |
| **Total Service Fees:** | **$75.00** |

**Terms:** Payment Is Due Upon Receipt of This Invoice - Attorney is Responsible For All Fees

**Total Amount Due =**        $0.00

**Remarks:**

---

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *Capital Process Servers, Inc.*

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY  10004

Job #   1117477
Invoice Date:  April 26, 2019
Attorneys ID  A1251

Capital Process Servers, Inc.
265 Post Avenue Suite 150
Westbury, N.Y. 11590

Total Amount Due =  **$0.00**

**Amount Enclosed** _____

Tax I.D. No: 11-3192343

# CAPITAL PROCESS SERVERS, INC.

*Member of the National Association of Professional Process Servers*

265 POST AVENUE SUITE 150 WESTBURY, NEW YORK 11590

TEL. (516) 333-6380; FAX (516) 333-6382
Email: info@capitalprocessservers.com

Job #   1117478

Invoice Date : April 29, 2019
Client File #:

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY  10004

Payments Received
06-12-2019     3532     $76.50

**Caption:**
HOUSSAM ELACHKAR,
Plaintiff/Petitioner
vs
CITY OF NEW YORK, et al.,
Defendant/Respondent

Index #: 19-CV-2172 CBA-
Date Purchased: 04/16/2019
Date Served: 4/26/2019

**Re:** MARIARIT ACQUISTA, Individually

**Docs Served:** Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand, Notice, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

Attempts:

Place Served: NYPD TRANSIT BUREAU DISTRICT 34- 1243 SURF AVENUE,

| Service Description | Amount |
|---|---|
| Process Service - New York/Kings/Queens Counties | $75.00 |
| Heavy Mailing | $1.50 |
| **Total Service Fees:** | **$76.50** |

**Terms:** Payment Is Due Upon Receipt of This Invoice - Attorney is Responsible For All Fees

**Total Amount Due =**   $0.00

**Remarks:**

---

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *Capital Process Servers, Inc.*

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY  10004

Capital Process Servers, Inc.
265 Post Avenue Suite 150
Westbury, N.Y. 11590

Job #  1117478
Invoice Date: April 29, 2019
Attorneys ID  A1251

Total Amount Due = **$0.00**

Amount Enclosed _____

Tax I.D. No: 11-3192343

# CAPITAL PROCESS SERVERS, INC.

*Member of the National Association of Professional Process Servers*

265 Post Avenue Suite 150 Westbury, New York 11590

Tel. (516) 333-6380; Fax (516) 333-6382
Email: info@capitalprocessservers.com

Job #   1119448

Invoice Date : July 22, 2019
Client File #:

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY   10004

**Payments Received**

| | | |
|---|---|---|
| 09/03/2019 | 3561 | $77.50 |

**Caption:**

HOUSSAM ELACHKAR,
Plaintiff/Petitioner
vs
CITY OF NEW YORK, et al.,
Defendant/Respondent

Index #: 19-CV-2172 (CBA)
Date Purchased: 04/16/2019
Date Served: 7/19/2019

**Re:** JEAN LORMESTIL, Individually

Attempts:

**Docs Served:** Summons in A Civil Action and Amended Complaint Jury Trial Demanded

Place Served: NYPD TRANSIT BUREAU, DISTRICT 34 - 1243 SURF

| Service Description | Amount |
|---|---|
| Process Service - New York/Kings/Queens Counties | $75.00 |
| Heavy Mailing | $2.50 |
| | |
| **Total Service Fees:** | **$77.50** |

**Terms:** Payment Is Due Upon Receipt of This Invoice - Attorney is Responsible For All Fees

**Total Amount Due =**  $0.00

**Remarks:**

---

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *Capital Process Servers, Inc.*

BROMBERG LAW OFFICE, P.C.
BRIAN L. BROMBERG, ESQ.
26 BROADWAY, 27TH FLOOR
NEW YORK , NY   10004

Job #  1119448
Invoice Date:  July 22, 2019
Attorneys ID  A1251

Capital Process Servers, Inc.
265 Post Avenue Suite 150
Westbury, N.Y. 11590

**Total Amount Due = $0.00**

**Amount Enclosed** _____