# Exhibit C



FedEx Billing Online

## Search

Back

### Search Criteria

Help

| | | | |
|---|---|---|---|
| Search for | Express Reference Number | Status | NA |
| Search accounts | 2428-2012-6 | | |
| Date | NA | | |

Return to search criteria

### Search results

Help

Results per page 10

| Select all | Tracking ID | Date | Type | Reference | Payor | Status | Meter | Original charges | Balance due |
|---|---|---|---|---|---|---|---|---|---|
| | 776566710365 | 10/07/2019 | Express | Elachkar/NYC | Shipper | Closed | 008132156 | 20.33 | 0.00 |
| | 776202124002 | 09/10/2019 | Express | Elachkar/NYC | Shipper | Closed | 008132156 | 23.05 | 0.00 |
| | 776145374995 | 09/03/2019 | Express | Elachkar/NYC | Shipper | Closed | 008132156 | 23.10 | 0.00 |
| | 776001086337 | 08/16/2019 | Express | Elachkar/NYC | Shipper | Closed | 008132156 | 23.16 | 0.00 |
| | 775918795562 | 08/06/2019 | Express | Elachkar/NYC | Shipper | Closed | 008132156 | 23.16 | 0.00 |
| | 775572448212 | 06/26/2019 | Express | Elachkar/NYC | Shipper | Closed | 008132156 | 26.17 | 0.00 |

Back

