## Certificate of Service

I, Brian L. Bromberg, an attorney duly licensed to practice law in the State of New York, hereby state the following under penalty of perjury that the following is true:

I am not a named party to the action, am over 18 years of age, and reside in New York, New York.

That on October 22, 2019, I am serving the foregoing documents by Federal Express overnight delivery service on the following individual at the following address:

Houssam Elachkar
99-11 60th Avenue, Apt. #6A
Corona NY 11368

In addition, on October 22, 2019, the foregoing documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Peter Chang, Esq.

Joshua Levin, Esq.

Dated:    New York, New York
          October 22, 2019

/s/ Brian L. Bromberg
Brian L. Bromberg