new address , the change of address

**ORIGINAL**

Housam ELACHKAR

new add. = 269 skjelman AVE # 6009
green point, Bklyn, N.Y, 11211.

Case # 19 CV 2172 - CBA (st.

RD 12/3/19
EF

RECEIVED
DEC 03 2019
PRO SE OFFICE