## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | December 3, 2019 |
| **TIME:** | 3:30 P.M. |
| **DOCKET NUMBER(S):** | CV-19-2172 (CBA) |
| **NAME OF CASE(S):** | **ELACHKAR V. CITY OF NEW YORK ET AL.** |
| **FOR PLAINTIFF(S):** | Elachkar, pro se |
| **FOR DEFENDANT(S):** | Levin, Frail |
| **NEXT CONFERENCE(S):** | **JANUARY 17, 2020 AT 12:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 3:50 - 4:02 |

**RULINGS FROM STATUS CONFERENCE:**

Plaintiff appeared nearly 30 minutes late for the conference despite prior notice.

The Court will give Plaintiff one final adjournment in order to find an attorney.

The Court will hold a status conference on January 17, 2020 at 12:00 p.m. If Plaintiff has not retained an attorney by that date, he must appear in person at the conference and be prepared to move forward with this case pro se.